[No. 14676-6-III.    Division Three.    March 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRY LYN BOSZE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-1-00208-5, Kenneth L. Jorgensen, J., entered December 22, 1994. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 15604-4-III.    Division Three.    March 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL DUANE ACKERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00190-3, Kathleen M. O'Connor, J., entered May 13, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J. Now published at 90 Wn. App. 477.

[No. 15885-3-III.    Division Three.    March 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDAL KIM OXFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00783-9, Paul A. Bastine, J., entered June 19, 1996. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 16183-8-III.    Division Three.    March 3, 1998.]

DAVENPORT POLICE CIVIL SERVICE COMMISSION, *Respondent*, v. THE CITY OF DAVENPORT, *Respondent*, MICHAEL E. SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 95-2-00036-4, Fred L. Stewart, J., entered October 15, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.